

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00253-CR

| | | |
|---|---|---|
| Joe Dale Johnson | § | From the 89th District Court |
| | § | of Wichita County (48,790-C) |
| | § | October 9, 2014 |
| v. | § | Opinion by Justice Gabriel |
| | § | Dissent by Justice Dauphinot |
| | § | (en banc) |
| The State of Texas | § | (p) |

## JUDGMENT ON EN BANC RECONSIDERATION

After reviewing the State's motion for en banc reconsideration, we grant the motion. We withdraw our February 14, 2013 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment regarding counts one and two. We reverse that portion of the trial court's judgment regarding count three and render judgment of acquittal on that count.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
Justice Lee Gabriel